

IN THE
TENTH COURT OF APPEALS

No. 10-23-00251-CV

IN THE MATTER OF M.B., A JUVENILE

From the 474th District Court
McLennan County, Texas
Trial Court No. 2023-19-J

MEMORANDUM OPINION

L.M., M.B.'s mother, filed a pro se notice of appeal challenging a judgment adjudicating that M.B., a juvenile, engaged in delinquent behavior that resulted in a disposition and order of probation, as well as an order that L.M. pay $5 per month for probation fees. By letter dated September 11, 2023, the Clerk of this Court notified L.M. that the appeal is subject to dismissal because the original filing fee has not been paid. *See* TEX. FAM. CODE ANN. § 56.01(b) ("The requirements governing an appeal [under the Juvenile Justice Code] are as in civil cases generally. When an appeal is sought by filing a notice of appeal, security for costs of appeal, or an affidavit of inability to pay the costs of appeal, and the filing is made in a timely fashion after the date the disposition order is

signed, the appeal must include the juvenile court adjudication and all rulings contributing to that adjudication."). The September 11, 2023 letter warned L.M. that the Court would dismiss the appeal unless, within twenty-one days from the date of the letter, she paid the filing fee or obtained indigent status for the purpose of this appeal. Twenty-one days have passed, and L.M. has not paid the filing fee or notified this Court that she has been determined to be indigent. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(c).

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
(Chief Justice Gray dissents.)
Appeal dismissed
Opinion delivered and filed October 26, 2023
[CV06]

